HACKNEY, COMMISSIONER OF PUBLIC
WELFARE OF TEXAS, ET AL. *v.*
MACHADO ET AL.

No. 553.   Decided April 20, 1970

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, and *J. C. Davis* and *John H. Banks,* Assistant Attorneys General, for appellants.

*C. Stanley Banks, Jr.,* for appellees.

PER CURIAM.

The judgment is vacated and the case is remanded to the District Court for reconsideration in light of *Goldberg* v. *Kelly, ante,* p. 254.

THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE STEWART dissent.